## ST. LOUIS & S. F. R. CO. v. POLLARD *et al.*

No. 2368. Opinion Filed July 11, 1911.

. (116 Pac. 784.)

RAILROADS—Train Service—Interstate Commerce. Reversed on the authority of St. L. & S. F. R. Co. v. Reynolds et. al., 26 Okla. 804, 110 Pac. 668.

(Syllabus by the Court.)

*Appeal from the State Corporation Commission.*

From an order of E. Pollard and others and the State Corporation Commission, the St. Louis & San Francisco Railroad Company brings error. Reversed.

*W. F. Evans* and *R. A. Kleinschmidt,* for plaintiff in error.

*Chas. West,* Atty. Gen., and *Chas. L. Moore,* Asst. Atty. Gen., for defendants in error.

KANE, J.    This is an appeal from an order of the Corporation Commission requiring the railway company to stop its interstate trains Nos. 5 and 6 on flag at the station of Cameron. An identical order relating to the same town was reversed by this court in *St. L. & S. F. R. R. Co. v. Reynolds et al.,* 26 Okla. 804, 110 Pac. 668.    As there is no material difference between the facts considered at that time and those disclosed by the present record, the order now involved must also be reversed.

It is so ordered.

TURNER, C. J., and DUNN and HAYES, JJ., concur; WILLIAMS, J., disqualified and not participating.